**IN RE:** James Ed Ellis : Case No: 16-81166
Sandra Faye Ellis :
Debtor(s) : Chapter 13

## SECOND AMENDED CHAPTER 13 PLAN

*(DEBTOR'S PLAN OF REPAYMENT; PLAN SUMMARY:
PROPOSED ADEQUATE PROTECTION; and REQUEST FOR VALUATION OF SECURITY)*

NOTICE-ATTENTION: YOUR RIGHTS MAY BE AFFECTED-NOTICE

This pleading is a Bankruptcy Rule 3015(d) Summary and Notice of a Chapter 13 Plan of Repayment filed by the above captioned debtor(s) (the term debtor herein shall refer to both single and joint debtors). This two page document is only a summary and a portion of the complete plan. In all instances the complete plan and terms and conditions set forth therein shall be controlling. The complete plan can be viewed and printed by logging on to PACER at www.lawb.uscourts.gov. To obtain a password, you may register at http://pacer.psc.uscourts.gov or call the PACER Service Center at 1-800-676-6856. The summary of the contents of the plan filed by debtor is as follows: Debtor's _PLAN OF REPAYMENT_ pursuant to 11 U.S.C. §§ 1321, 1322 and 1325; _PROPOSED ADEQUATE PROTECTION_ pursuant to 11 U.S.C. § 361; and debtor's _REQUEST FOR VALUATION OF SECURITY_; pursuant to 11 U.S.C. § 506 and Bankruptcy Rule 3012:

This pleading seeks relief under the Bankruptcy Code and complies with and is being noticed pursuant to Bankruptcy Rules 2002, 2016, 3012, 3013, 3015 and 4001. A notice document is being sent with this pleading setting a confirmation hearing on debtor's plan, and an Addendum to Chapter 13 Plan-Application and Notice for Attorney Fees has been filed in the record of this case and may be reviewed by logging onto PACER. This confirmation hearing shall also be the hearing on debtor's request for valuation, See II(B)(6) above, and compensation for debtor's attorney, See II(B)(5) above. Provided no change of circumstances during the term of the plan, the "value", once determined shall be a "res judicata" determination and all parties shall be bound by such valuation.

Objections to the debtor's plan, proposed valuation or compensation for debtor's counsel must be in writing and must be filed with the court and served on the debtor, debtor's counsel and the trustee at least seven (7) days prior to the date set for the confirmation hearing. Absent any objections, the Court may at such hearing confirm the debtor's plan, determine the value of debtor's property for secured claims purposes, and set the amount of payments to the debtors' counsel and creditors provided for herein. Counsel for debtor reserves the right to request additional fees by fee application for services exceeding any amounts et forth herein.

Additional Payments to Trustee: NONE

Special Provisions and/or Changes to Sections III, IV, or V of the Model Plan: NONE

Summary of and/or Reasons for Modification:

The first amended plan was filed in response to the objection of Ford Motor Credit by abandoning the collateral and resolving the chapter 13 trustee's objection by liquidating the non-exempt assets value of $4375.00 and was filed pursuant to the 15 day order rendered herein on January 5, 2017. It pays Ouachita Valley Credit Union per its proof of claim no.: 10.

The Second Amended Chapter 13 Plan resolves the Trustee's objection to the First Amended Chatper 13 Plan referred to herein by increasing the liquidation value of the debtor based on the debtors' non exempt assets including equity in their 2012 Cadillac Escalade.

No other changes are made.

Confirmation of this Second Amended Chapter 13 Plan withdraws the First Amended Plan, docket no.: 24.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**IN RE:** James Ed Ellis : Case No: 16-81166
Sandra Faye Ellis :
Debtor(s) : Chapter 13

## FIRST AMENDED CHAPTER 13 PLAN

I. SUBMISSION OF EARNINGS OR FUTURE INCOME:

(A) That as of February 13, 2017, the debtors have paid a total of $2350.00 (months 1-3) Then beginning with the payment due on February 20, 2017, the Debtor's payment shall change to $675.00 per month and remain at said amount for the balance of the term of this plan (months 4 - 60) until all payments are made or until all proposed disbursements have been made, whichever occurs earlier. The payments shall be made by:

_X_ Direct Pay from the debtor; or

__ Payroll Deduction and the debtor has provided the Trustee all documentation required to institute Payroll Deduction.

(B) ADDITIONAL SUMS DEBTOR SHALL REMIT TO THE CHAPTER 13 TRUSTEE: *(Check the one that applies)*

**X** NONE
___ 50% of the net recovery from all personal injury and litigious claims.

II. CLASSIFICATION OF CLAIMS/PAYMENT/PRIORITY/ RANKING:

(A) CREDITORS TO BE PAID DIRECTLY BY DEBTOR OR SATISFIED BY SURRENDER OF PROPERTY:
(1) HOME MORTGAGE(S):

| **Creditor** | **Collateral** | **Estimated Monthly Payment** |
|---|---|---|

(2) OTHER DIRECT PAYMENT(S) MADE BY THE DEBTOR(S) (including executory contracts):

| **Creditor** | **Nature of Debt** | **Estimated Monthly Payment** | **To be paid beginning** |
|---|---|---|---|

(3) DIRECT PAYMENTS MADE BY A THIRD PARTY:

| Creditor | Name of 3rd Party, Relationship of 3rd Party to Debtor & Collateral, if any | Estimated Monthly Payment | To be Paid beginning |
|---|---|---|---|

(4) SECURED CLAIMS SATISFIED BY SURRENDER OF PROPERTY SECURING THE CLAIM:

| Creditor | Collateral | |
|---|---|---|
| Ford Motor Credit | 2014 Lincoln | Any residual debt after the disposition of creditor's collateral shall be paid as a general unsecured claim upon the filing of a proof of claim with the right to file same reserved to this creditor. |
| Ally | 2012 GMC truck | Any residual debt after the disposition of creditor's collateral shall be paid as a general unsecured claim upon the filing of a proof of claim with the right to file same reserved to this creditor. |
| Kubota Credit | Tractor and loader | Any residual debt after the disposition of creditor's collateral shall be paid as a general unsecured claim upon the filing of a proof of claim with the right to file same reserved to this creditor. |
| Club Windham | Timeshare | Any residual debt after the disposition of creditor's collateral shall be paid as a general unsecured claim upon the filing of a proof of claim with the right to file same reserved to this creditor. |
| Capital One Retail | Kawasaki Mule | Any residual debt after the disposition of creditor's collateral shall be paid as a general unsecured claim |

upon the filing of a proof of claim with the right to file same reserved to this creditor.

(B) TRUSTEE DISBURSEMENTS AND CLASSIFICATION/ RANKING: Except as modified by (II)(B)(5) the Chapter 13 Trustee will pay the following claims in the order of their rank set forth herein until the proceeds are exhausted:

(1) TRUSTEE'S FEE: The Trustee shall withhold from all disbursements made (except those to debtor) up to 10%.

(2) UNPAID FILING FEES:

(3) ADEQUATE PROTECTION PAYMENTS PER 11 U.S.C. §361. *See (III)(C)(1)*:

| **Creditor** | **Collateral** | **Monthly A.P. Payment** |
|---|---|---|
| Ouachita Valley Fed. Credit Union | 2012 Cadillac Escalade | $100.00 |

(4) EXECUTORY CONTRACTS:

(5) ALLOWED ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. § 503(b):
  (a) Debtor's Attorney Fees: Counsel for debtor has applied for legal fees for services rendered through confirmation under 11 U.S.C. § 330 and § 331 in the amount of $2,800.00 of which $2,800.00 shall be trustee disbursed.   This is the applicable "No Look Fee" unless counsel for the debtor has elected to file and notice an Application for Compensation pursuant to 11 USC 330, pursuant to the March 5, 2010, Order Regarding Compensation in Chapter 13 Cases.

  (b) Other Administrative Expenses: NONE

(6) SECURED CLAIM(S):
  (a) Secured by Real Estate:
    (i) Payments or Other Treatment under §§ 1322(b)(5) and 1325(a)(5) *(See (III)(B)(2))*:

| **Creditor** | **Collateral** | **Mortgage Payment** | **# of Payments** | **To be paid beginning** | **Total Payment** |
|---|---|---|---|---|---|

   (ii) Cure for Administrative Delay Payments under §1322(b)(3):

| **Creditor** | **Collateral** | **Mortgage Payment Amount** | **# of Payments** | **Monthly Payment, Rate & Term** | **Total Payment** |
|---|---|---|---|---|---|
| NONE | | | | | |

   (iii) Cure of Defaults under §1322(b)(3):

| **Creditor** | **Collateral** | **Arrears** | **Monthly Payment, Rate & Term** | **Total Payment** |
|---|---|---|---|---|

  (b) Secured by Movable Property:
    (i) Secured Creditors - 11 U.S.C. § 506 Not Applicable:

| **Creditor** | **Collateral** | **PMSI Amount** | **Average Monthly Payment, Rate & Estimated Term** | **Total Payment (P & I)** |
|---|---|---|---|---|

   (ii) Secured Creditors - 11 U.S.C. § 506 Is Applicable:

| **Creditor** | **Collateral** | **Value/Claim Amount** | **Average Monthly Payment, Rate & Estimated Term** | **Total Payment** |
|---|---|---|---|---|
| Ouachita Valley Fed. Cr. Union | 2012 Escalade | $21454.00/ $18,112.18 Paid per Proof no.: 10 | $333.56; 4%; 60 mos | $20,013.60 |
| Kubota Credit | Lawnmower | $985.38 | $18.15; 4%; 60 mos | $1088.81 |
| Synchrony Bank | hearing aides | $4,185.00 | $77.07; 4%; 60 mos | $4,624.20 |

(7) DOMESTIC SUPPORT OBLIGATION (DSO) ARREARS:

| **DSO Obligation Holder and/or Assignee** | **Nature of Claim** | **Total Claim** |
|---|---|---|
| NONE | | |

(8) OTHER UNSECURED PRIORITY CLAIMS INCLUDING TAX CLAIMS:

| **Creditor** | **Nature of Claim** | **Total Claim** |
|---|---|---|
| Louisiana Dept of Revenue | taxes per proof no.: 4 | 495.43 |

(9) SPECIAL/CO-SIGNED AND/OR NON DISCHARGEABLE CLAIMS NOT PROVIDED FOR IN SECTION II(B)(10):

| Creditor | Nature of Debt | Amount To be paid | Average Monthly Payment, Rate & Estimated Term | Total Payment (P & I) |
|---|---|---|---|---|
| NONE | | | | |

(10) NON-PRIORITY GENERAL UNSECURED CLAIMS: Unless listed above, all other claims: listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive approximately 21% of the claims filed.
.

PLAN & PLAN SUMMARY DATE:

February 13, 2017

McKeithen and Lewellyan
Attorneys at Law
P. O. Box 1919
Columbia, LA. 71418
(318) 649-6862
E-mail: bertha@mckeithenlewellyan.com

By: /S/ DONALD D. McKEITHEN, JR., BAR#18331